# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1105

_____

Sheryleita McClendon,                    *
                                         *
            Appellant,                   *
                                         *    Appeal from the United States
      v.                                 *    District Court for the
                                         *    District of Minnesota.
Ikon Office Solutions, Inc.,             *
an Ohio Corporation,                     *    [UNPUBLISHED]
                                         *
            Appellee.                    *

_____

Submitted: December 7, 2004
    Filed:   December 10, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Sheryleita McClendon appeals the district court's[1] adverse grant of summary judgment in her diversity action claiming sexual harassment in violation of the Minnesota Human Rights Act. After careful de novo review of the record, see Linville v. Sears, Roebuck & Co., 335 F.3d 822, 823 (8th Cir. 2003) (per curiam), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.